UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MARCELA CRISANTO DO NASCIMENTO RODRIGUES,**

        **Plaintiff,**

v.                                   Case No: 8:26-cv-00535-MSS-SPF

**KRISTI NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity; JOSEPH B. EDLOW, Director, U.S. Citizenship and Immigration Services, in his official capacity; and LESLIE MEEKER, Field Office Director, USCIS Tampa Field Office, in her official capacity,**

        **Defendants.**

---

**ORDER**

      **THIS CAUSE** comes before the Court *sua sponte*. Plaintiff is **DIRECTED** to show cause why this case should not be dismissed for failure to pay the filing fee or move to proceed *in forma pauperis*. Although Plaintiff filed a Complaint on February 26, 2026, (Dkt. 1), Plaintiff has not paid the filing fee required to proceed in this Court or filed a motion to proceed *in forma pauperis*. The Court observes that although Plaintiff's Complaint requests "emergency judicial relief[,]" (Dkt. 1 at 8), Plaintiff has not filed a motion for a temporary restraining order or preliminary injunction pursuant to applicable rules of procedure, including Rules 6.01 and 6.02 of the Local Rules of

the United States District Court for the Middle District of Florida. The Court has not observed any indication that Plaintiff has provided Defendants with notice of this action or a request for relief in connection with Plaintiff's action. In addition, the Court observes that the signature block at the conclusion of the Complaint states, "Pro Hac Vice motion to be filed[,]" (Dkt. 1 at 20), but no such motion has been filed. The Court refers Plaintiff to Local Rule 2.01.

    **DONE** and **ORDERED** in Tampa, Florida, this 2nd day of March 2026.

**Copies furnished to:**
Counsel of Record
Any pro se party

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE