UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MARCELA CRISANTO DO
NASCIMENTO RODRIGUES,**

        Plaintiff,

v.                                                                          Case No: 8:26-cv-00535-MSS-SPF

**KRISTI NOEM, Secretary, U.S.
Department of Homeland Security, in
her official capacity; JOSEPH B.
EDLOW, Director, U.S. Citizenship
and Immigration Services, in his
official capacity; and LESLIE
MEEKER, Field Office Director,
USCIS Tampa Field Office, in her
official capacity,**

        Defendants.

## TEMPORARY RESTRAINING ORDER

**THIS CAUSE** comes before the Court for consideration of Plaintiff's Emergency Motion for Temporary Restraining Order Pursuant to Federal Rule of Civil Procedure 65 and Local Rule 6.01 (the "Motion"), (Dkt. 6), Defendants' Response in Opposition, (Dkt. 12), and Plaintiff's Reply. (Dkt. 13) Upon its review of record, the Court finds that the Motion is due to be granted.

The Court specifically addresses the only challenges Defendants have raised—standing and ripeness, each directed at the substantial likelihood of success on the merits factor of the Court's inquiry—by reliance on the well-reasoned decision of the

court in Noto v. Noem, 5:26-cv-00080-JSS-PRL, 2026 WL 309238 (M.D. Fla. Feb. 5, 2026). Here, Defendants offer no evidence or argument that would tend to establish that Plaintiff's evidence of the imminence of the threats to her of arrest and detention is feigned, imagined, or speculative. Defendants' own documents, of which the Court takes judicial notice, establish there is a policy and practice of demanding the appearance of individuals who are lawfully in the United States under a stay order. The Defendants then use the opportunity of that mandated appearance to arrest the individuals and institute removal proceedings against them. Those facts, which the Court finds are uncontroverted on this record, and which Defendants have advised they do not intend to dispute by way of argument or evidence at the permitted evidentiary hearing in this matter, are sufficient to establish standing and ripeness necessary to invoke this Court's jurisdiction.

With no further argument presented by Defendants as to the other factors bearing on the Motion, the Court concludes that Plaintiff has made a sufficient showing that (1) the claim underlying the motion has a substantial likelihood of success on the merits, (2) Plaintiff will suffer irreparable injury if the relief is not granted, (3) the threatened injury outweighs the harm that the relief would inflict on Defendants, and (4) the entry of the relief would serve the public interest.

The Court hereby **ORDERS** that:

1. Plaintiff Marcela Crisanto do Nascimento Rodrigues's Emergency Motion for Temporary Restraining Order Pursuant to Federal Rule of Civil Procedure 65 and Local Rule 6.01, (Dkt. 6), is **GRANTED**.

2. Defendants are **TEMPORARILY RESTRAINED** from arresting, detaining, or taking Plaintiff into custody in connection with her attendance at her scheduled adjustment of status interview, which is currently set for March 12, 2026 at the USCIS Tampa Field Office, located at 5629 Hoover Boulevard, Tampa, Florida 33634.

3. This Temporary Restraining Order does not purport to address Defendants' authority under 8 U.S.C. §§ 1229 & 1229a.

4. This Temporary Restraining Order is issued pursuant to Federal Rule of Civil Procedure 65(b) and shall remain in effect for **fourteen (14) days** unless otherwise extended by the Court.

5. The Court waives the security requirement under Rule 65(c) given the nature of the rights at issue and the absence of monetary harm to Defendants.

6. The evidentiary hearing on Plaintiff's Motion previously set to occur on Tuesday, March 10, 2026 at 1:00 p.m., (Dkt. 7), is **CANCELED**.

**DONE** and **ORDERED** in Tampa, Florida, this 9th day of March 2026.

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

3