UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARCELA CRISANTO DO
NASCIMENTO RODRIGUES,

      **Plaintiff,**

**v.**

KRISTI NOEM, Secretary, U.S.
Department of Homeland Security, in
her official capacity; JOSEPH B.
EDLOW, Director, U.S. Citizenship
and Immigration Services, in his
official capacity; and LESLIE
MEEKER, Field Office Director,
USCIS Tampa Field Office, in her
official capacity,

      **Defendants.**

Case No: 8:26-cv-00535-MSS-SPF

_____

## ORDER

**THIS CAUSE** comes before the Court *sua sponte*. On March 9, 2026, the Court entered a Temporary Restraining Order. (Dkt. 14) The Temporary Restraining Order temporarily restrained Defendants from arresting, detaining, or taking Plaintiff into custody in connection with her attendance at her scheduled adjustment of status interview, which had been set for March 12, 2026 at the USCIS Tampa Field Office. (Id. at 3)

The Temporary Restraining Order has expired. (Id. (stating that the Temporary Restraining Order "shall remain in effect for fourteen (14) days unless otherwise

extended by the Court")) Plaintiff's Complaint seeks prospective relief in connection with an adjustment in status interview that, apparently, has occurred without incident. This action appears moot following the expiration of the Temporary Restraining Order.

The Court hereby **ORDERS** that Plaintiff Marcela Crisanto do Nascimento Rodrigues is **DIRECTED** to file, within **fourteen (14) days** of the date of this Order, a notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i) or a paper in which Plaintiff shows cause why this case should not be dismissed as moot.

**DONE** and **ORDERED** in Tampa, Florida, this 10th day of April 2026.

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

2