**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**MARCELA CRISANTO DO NASCIMENTO RODRIGUES,**

**Plaintiff,**

**v.** **Case No: 8:26-cv-00535-MSS-SPF**

**MARKWAYNE MULLIN, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY,1 IN HIS OFFICIAL CAPACITY; JOSEPH B. EDLOW, DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, IN HIS OFFICIAL CAPACITY; AND LESLIE MEEKER, FIELD OFFICE DIRECTOR, USCIS TAMPA FIELD OFFICE, IN HER OFFICIAL CAPACITY,**

**Defendants.**

---

# ORDER

**THIS CAUSE** comes before the Court for consideration of United States Magistrate Sean P. Flynn's Report and Recommendation dated June 1, 2026 (the "Report"), which recommended that Plaintiff's Renewed Motion for Attorneys' Fees and Costs Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), (Dkt. 18), be denied. (Dkt. 22 at 7) Plaintiff has not filed an objection to the Report, and the deadline for doing so has passed. As explained below, the Report is due to be **ADOPTED**.

In the Eleventh Circuit, a district judge may accept, reject, or modify the magistrate judge's report and recommendation after conducting a careful and complete review of the findings and recommendations. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982). A district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This requires that the district judge "give fresh consideration to those issues to which specific objection has been made by a party." Jeffrey S. v. State Bd. of Educ., 896 F.2d 507, 512 (11th Cir.1990) (quoting H.R. 1609, 94th Cong. § 2 (1976)). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo,* Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo,* even in the absence of an objection. See Cooper-Houston v. Southern Ry., 37 F.3d 603, 604 (11th Cir. 1994).

Upon consideration of the Report and Recommendation, in conjunction with an independent examination of the file, the Court concludes that the Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is **ORDERED** that:

1. The Report and Recommendation, (Dkt. 22), is **CONFIRMED** and **ADOPTED** as part of this Order.

2. Plaintiff's Renewed Motion for Attorneys' Fees and Costs Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), (Dkt. 18), is **DENIED.**

**DONE** and **ORDERED** in Tampa, Florida, this 23rd day of June 2026.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person